[No. 71143-1-I. Division One. July 20, 2015.]

DARLENE T. HOBBS ET AL., *Appellants*, v. NORTHWEST TRUSTEE SERVICES, INC., ET AL., *Respondents*.

 *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Leach, J.

[Nos. 71201-2-I; 71490-2-I. Division One. July 20, 2015.]

*In the Matter of the Marriage of* RUSTINA V.H.C. GUTHRIE, *Appellant*, and JOSEPH F. ZARATKIEWICZ, *Respondent*.

 *Reversed in part* and *remanded with instructions* by unpublished opinion per Verellen, A.C.J., concurred in by Cox and Trickey, JJ.

[No. 71254-3-I. Division One. July 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE HENRY POLLOCK, *Appellant*.

 *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Dwyer, JJ.

[No. 71499-6-I. Division One. July 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. FRED CHARLES MYERS, JR., *Appellant*.

 *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Verellen, A.C.J., concurred in by Cox and Trickey, JJ.